IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA ORTA ACOSTA,

    Plaintiff,

v.                                                     No. 22-cv-0048 KG/SCY

ALEJANDRO MAYORKAS, SECRETARY,
U.S. Department of Homeland Security,
JONATHAN FAHEY, DIRECTOR,
Immigration and Customs Enforcement,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff Cynthia Orta Acosta filed her Petition for Writ of Mandamus January 24, 2022, requesting this Court to order Immigration and Customs Enforcement ("ICE") to file Plaintiff's Notice to Appear and begin her removal proceedings. (Doc. 1).

The Court hereby ORDERS Plaintiff to show cause, in writing, by **Monday, February 14, 2022**, why this Court has jurisdiction to enter such an order against ICE and how the Administrative Procedures Act may confer jurisdiction.

IT IS SO ORDERED.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE