IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA ORTA ACOSTA,

    Plaintiff,

v.                                                                                                      No. 22-cv-0048 KG/SCY

ALEJANDRO MAYORKAS, SECRETARY,
U.S. Department of Homeland Security,
TAE D. JOHNSON, ACTING DIRECTOR,
U.S. Immigration and Customs Enforcement,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order (Doc. 14) filed May 3, 2022, this case is dismissed without prejudice in its entirety for lack of jurisdiction pursuant to Rule 12(b)(1).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE